FILED

08/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0311

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. OP-21-0311

KATHRYN KEISER FAMILY LAW, PLLC
Attorney for Amy Morgan
676 S. Ferguson Ave., Suite 7
Bozeman, MT 59718
Tel:   (406) 624-6060
Fax:   (406) 209-0011
kek@kkeiserlaw.com

| | |
|---|---|
| SCOTT MORGAN, | ) |
| | ) |
| Petitioner, | ) **GRANT OF MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| v. | ) |
| | ) |
| THE HONORABLE RIENNE H. | ) |
| McELYEA, EIGHTEENTH JUDICIAL | ) |
| DISTRICT COURT, | ) |
| | ) |
| Respondent. | ) |

Upon motion of Appellee, and good cause appearing there, IT IS HEREBY ORDERED THAT Appellee shall have up through and including September 14, 2021, in which to file Appellee's answer brief herein.

DATED this _____ day of _____, 2021.

_____
Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2021

-1